United States Court of Appeals
Fifth Circuit

**F I L E D**

June 3, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-40032

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JUAN ALBERTO TEJADA

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Southern District of Texas, Laredo
5:04-CR-1560-ALL
----------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that appellant's unopposed motion to remand case to the United States District Court for re-sentencing in light of USA v. Booker is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed alternative motion to extend time to file appellant's brief until 10 days from the denial of the motion to remand is MOOT.

--------------

* Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.